IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03165-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

IVAN OSUNA,

   Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 24], filed on July 10, 2014.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 24] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.  In light of the parties' stipulation, it is

FURTHER ORDERED that Malibu Media, LLC's Motion To Strike Defendant's Affirmative Defenses [ECF No. 21] is **DENIED AS MOOT**.  Further, Magistrate Judge Hegarty's Recommendation [ECF No. 23] on such motion is **MOOT**.

DATED: July 14, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge